UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

No. 25-2090

---

SHANNON MACDONALD, M.D.; PAUL GARDNER, M.D., J.A., a minor, by and through guardian and next friend Michael Abell; MICHAEL ABELL, HANK JENNINGS,

Appellants

v.

PRESIDENT OF THE NEW JERSEY STATE BOARD OF MEDICAL EXAMINERS

---

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 1:23-cv-23044)
District Judge: Hon. Edward S. Kiel

---

Argued March 25, 2026

Before: HARDIMAN, SCIRICA,* and AMBRO, *Circuit Judges*

---

JUDGMENT

---

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was argued on March 25, 2026. On consideration whereof, it is now hereby

---

* The Honorable Anthony J. Scirica was unavailable to participate in the decision in this case after argument before the merits panel. This judgment is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) and 3d Cir. I.O.P. 12.1(b).

**ORDERED** and **ADJUDGED** by this Court that the judgment of the District Court entered on May 28, 2025, is hereby **AFFIRMED**. All in accordance with the Opinion of this Court.

Costs shall be taxed against appellants.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: August 31, 2026